DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAURIANNE GORDON-BROWN** o/b/o **BRIANNA BROWN,**
Appellant,

v.

**DEONNA SUTHERLAND,**
Appellee.

No. 4D20-1872

[April 7, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE 20-003389.

Daurianne Gordon-Brown, Confidential address, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

CIKLIN, KLINGENSMITH and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***